## AH HING *v.* AH ON.

.EXCEPTIONS FROM CIRCUIT COURT, FIRST CIRCUIT.

SUBMITTED APRIL 21, 1903.          DECIDED JUNE 4, 1903.

FREAR, C.J., GALBRAITH AND PERRY, JJ.

The right of trial by jury may be waived in civil cases by actions or conduct as well as by words and is held to have been waived by a defendant in default, if he had such right at all, by not claiming the right until after the hearing on the assessment of damages was nearly completed.

OPINION OF THE COURT BY FREAR, C.J.

This action for false imprisonment, in which judgment was rendered for the plaintiff in the sum of $100, comes here on defendant's exceptions, upon only two of the points raised by which he now relies.

1. That his motion to open the default was disallowed. Aside from the question whether the trial Judge rightly denied this motion on the ground that another Judge had previously denied it, there do not appear to have been any merits in the motion.

2. That, though in default, he was entitled to a trial or hearing before a jury on the assessment of damages. Without:

going into the question whether this point was raised in proper form or into the many questions argued as to the right of trial by jury in default cases, it is well settled that such right may be waived in civil cases, and that it may be waived by actions or conduct as well as expressly and in this case, if the right existed, it must be held to have been waived by the defendant's conduct and the plaintiff's express waiver, which was filed November 13, 1901. The defendant did not suggest a jury until well along on the second (the last) day of the hearing of the evidence on the assessment of damages, September 25, 1902. See *Kearney v. Case,* 12 Wall. 275; *Perego v. Dodge,* 163 U. S. 160; *U. S. v. Harris,* 106 U. S. 629; *Walcott v. O'Connor,* 163 Mass. 21; *Bonewitz v. Bonewitz,* 50 Oh. St. 373; *Sheets v. Bray,* 125 Ind. 33; *Baird v. Mayor,* 74 N. Y. 382; *Pfister v. Dascey,* 65 Cal. 403.

The exceptions are overruled.

*Kinney, McClanahan & Bigelow* for plaintiff.

*Geo. A. Davis* for defendant.